## Case No. 11,125.

### PICKETT v. LYLE.

[1 Cranch, C. C. 49.] [1]

Circuit Court, District of Columbia. Jan. Term, 1802.

PLEADING AT LAW—PLEA BY BAIL—NEW PLEA.

After plea by appearance-bail the defendant may give special bail and plead a new plea.

[Action by Pickett's executors against Lyle.] The appearance-bail had appeared and pleaded for the principal.

Mr. Swann, for defendant, now offered special bail, and moved for leave for the defendant to appear and plead the general issue, and withdraw the plea filed by the appearance-bail. Granted.

Mr. Love, for plaintiff.

---

[1] [Reported by Hon. William Cranch, Chief Judge.]